**Roderick Jerome ENGLISH,**
**Plaintiff–Appellant,**

v.

**William R. BYARS, Jr.; R. Saltburg;**
**Cheron M. Hess; Ann Hallman; Jannita Gatson; Christopher Floran Bradford Drawlinson, Defendants–Appellees.**

No. 14–6690.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 26, 2014.

Roderick Jerome English, Appellant Pro Se.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Jerome English appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *English v. Byars*, No. 1:13–cv–02858–JFA, 2014 WL 1330116 (D.S.C. Apr. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*